UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT CARLSON,

                Plaintiff,

                                      Case No. 14-CV-10900

vs.                              HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [DOC. 15]

      This matter is before the court on the parties' cross-motions for summary judgment as to plaintiff Robert Carlson's claim for judicial review of defendant Commissioner of Social Security's decision that he is not entitled to Supplemental Security Income (SSI) and Disability Insurance Benefits (DIB) under the Social Security Act.  On January 29, 2015, Magistrate Judge Morris issued a report and recommendation recommending that plaintiff's motion for summary judgment be denied, that defendant's motion for summary judgment be granted, and that the findings of the Commissioner be affirmed.

      The court has reviewed the file, record, and magistrate judge's report and recommendation.  Objections to that report have not been filed by plaintiff within the established time period.  The court accepts the report and recommendation. Accordingly,

-1-

IT IS HEREBY ORDERED that the magistrate's report and recommendation is accepted.

IT IS FURTHER ORDERED that the Commissioner's motion for summary judgment is GRANTED.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is DENIED.

Dated:  February 24, 2015

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 24, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

-2-